**ORDER ON ORAL MOTION**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---

METROLOGIC INSTRUMENTS, INC., : Civil Action No. 2:06-cv-02199-SRC-CCC

        Plaintiff, : Hon. Stanley R. Chesler, U.S.D.C.
: Hon. Claire C. Cecchi, U.S.M.J.
vs. :
: **ORDER**
SYMBOL TECHNOLOGIES, INC., :
:
        Defendant. :

This matter being presented upon the application of the Court, having scheduled a Status Conference with all counsel of record, and the Court having considered the representations of counsel,

IT IS ON THIS 19th DAY OF JUNE, 2007, HEREBY ORDERED THAT:

1. An In-person Status Conference requiring the appearance of all counsel is to be held on **July 20, 2007, at 10:30 a.m** ;

2. The July 20th In-Person Status Conference will address the privilege dispute raised with the Court by Symbol by letter dated, May 17, 2007, to which Metrologic responded by letter dated, May 24, 2007, and to which Symbol replied by letter dated, June 11, 2007;

3. Counsel for both parties will provide a joint letter to the Court by **July 16, 2007** concerning the status on remaining issues to be addressed, or in the alternative, prepare correspondence on behalf of their client as to the status on remaining issues to be handled at the time of the July 20th In-person Status Conference.

815721

*s/Claire C. Cecchi*

---
HONORABLE CLAIRE C. CECCHI, U.S.M.J.

DATED: 6/19/07

815721